UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

DIANE BLAKEMORE,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, and
EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

Case No. 1:15-cv-00052-JTN

Hon. Janet T. Neff

| | |
|---|---|
| Adam S. Alexander (P53584)<br>Attorneys for Plaintiff<br>17200 W. 10 Mile Road<br>Suite 200<br>Southfield, Michigan 48075<br>(248) 246-6353<br>adam@alexanderfirm.com | Thomas M. Schehr (P54391)<br>Nasseem S. Ramin (73513)<br>David M. Dell (P61778)<br>DYKEMA GOSSETT PLLC<br>Attorneys for Defendant Ocwen Loan Servicing, LLC<br>39577 Woodward Avenue<br>Suite 300<br>Bloomfield Hills, MI 48304<br>Telephone: (248) 203-0700<br>tschehr@dykema.com<br>nramin@dykema.com<br>ddell@dykema.com |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

By agreement of the parties evidenced by their attorneys' signatures below, Plaintiff Diane Blakemore and Ocwen Loan Servicing, LLC stipulate that this matter is dismissed with prejudice and without costs to any party.

IT IS HEREBY ORDERED this matter is dismissed with prejudice and without costs to any party.

This is a final order and closes the case.

Dated: June 1, 2015        /s/ Janet T. Neff
                           HON. JANET T. NEFF

**STIPULATIONS:**

By: /s/Adam S. Alexander (with consent)   By: /s/ David M. Dell
    Adam S. Alexander (P53584)                David M. Dell (P61778)
    Attorney for Plaintiff                    Attorney for Defendants

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•39577 WOODWARD AVENUE, SUITE 300•BLOOMFIELD HILLS, MICHIGAN 48304